## CHARLES HUMPHREY v. THE PEOPLE.

*Imprisonment in Detroit House of Correction.*

A contract for the maintenance in the Detroit House of Correction of persons convicted of State Prison offenses, is necessary to authorize them to be confined therein by courts outside of Wayne county.

Error to Lenawee. Submitted June 19. Decided June 21.

BURGLARY. Respondent was sentenced to confinement at hard labor for two years in the House of Correction at Detroit.

*James A. Stacy* for plaintiff in error.

Attorney General *Otto Kirchner* for the People.

MARSTON, J. The judgment in this case was rendered in April, 1877, previous to the time the respondent in *Dorsey v. The People*, 37 Mich., 382, was sentenced, and at a time when it was conceded there was no existing contract which would authorize the confinement of the respondent in this case in the Detroit House of Correction.

The judgment must be reversed and the prisoner be discharged.

The other Justices concurred.